IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20532
Summary Calendar
_____

NELDA HOLDEN,

Plaintiff-Appellant,

versus

SIMPSON PASADENA PAPER COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Texas
(H-95-CV-4989)

_____

December 4, 1997

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

After review of the record and a study of the briefs, we have

arrived at the conclusion that the district court was correct to

grant summary judgment in favor of appellee Simpson Pasadena Paper

Company in this Title VII gender discrimination action.  Even

assuming that appellant Nelda Holden established her prima facie

case, Simpson presented a completely legitimate nondiscriminatory

reason for the complained-of employment action in the form of the

collective bargaining agreements.  Under St. Mary's Honor Center v.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Hicks</u>, 509 U.S. 502, 515 (1993), Holden had the burden of coming forward with probative evidence that the proferred nondiscriminatory reason was merely a pretext for intentional discrimination.  To do so, Holden needed to show both "that the reason was false and that discrimination was the real reason." <u>Id.</u> As the district court correctly found, Holden came forward with absolutely no evidence on either prong.  Indeed, Holden never produced any evidence that gender played any role in the employment action in question.  The district court wrote a detailed and well reasoned opinion on this point, and we agree with it in all respects.  Accordingly, the judgment of the district court is

A F F I R M E D.